# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**
Polished.com
    Debtor

Bankruptcy Case No.: 24–10353–TMH

Bankruptcy Chapter:  7

_____

George L. Miller

    Plaintiff

    vs.

TS Logistics Service, LLC

    Defendant(s)

Adv. Proc. No.:  26–50197–TMH

### ENTRY OF DEFAULT

It appears from the record that the following defendant(s) failed to plead or otherwise defend in this case as required by law.

Defendant's Name: TS Logistics Service, LLC

Therefore, default is entered against the defendant(s) as authorized by Federal Rule of Bankruptcy Procedure 7055.

Stephen L Grant, Clerk of Court

Date: 8/3/26

By:  Jermaine Cooper, Deputy Clerk

(VAN–431)