# Notice Recipients

District/Off: 0311−1             User: admin                    Date Created: 8/3/2026

Case: 26−50197−TMH           Form ID: van431                 Total: 5


**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
dft        TS Logistics Service, LLC

                                                                                            TOTAL: 1


**Recipients of Notice of Electronic Filing:**
aty        Bradford J. Sandler        bsandler@pszjlaw.com
aty        Peter J Keane        pkeane@pszjlaw.com

                                                                                            TOTAL: 2


**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
ust        U.S. Trustee        Office of the United States Trustee        J. Caleb Boggs Federal Building        844 King Street, Suite 2207        Lockbox 35        Wilmington, DE 19801
ust        U.S. Trustee        Office of United States Trustee        J. Caleb Boggs Federal Building        844 King Street, Suite 2207        Lockbox 35        Wilmington, DE 19899−0035

                                                                                            TOTAL: 2